1
2
3
4
5
6
7
8                               UNITED STATES DISTRICT COURT
9                               CENTRAL DISTRICT OF CALIFORNIA
10

11   JOSE VELA,                         )        NO.  EDCV 19-2506-DMG (AGR)
                                        )
12                  Plaintiff,          )
                                        )        ORDER ACCEPTING FINDINGS AND
13        v.                            )        RECOMMENDATION OF UNITED
                                        )        STATES MAGISTRATE JUDGE
14   FEDERAL BUREAU OF PRISONS,         )
     et al.,                            )
15                                      )
                    Defendants.         )
16   _____)

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on

18   file, and the Report and Recommendation of the United States Magistrate Judge.  No

19   objections to the Report have been filed. The Court accepts the findings and

20   recommendation of the Magistrate Judge.

21         IT IS ORDERED as follows:

22         (1) The BOP's motion to dismiss is granted and all claims against the BOP are

23   dismissed without leave to amend;

24         (2) The individual defendants are dismissed without prejudice with respect to

25   the FTCA claims;

26         (3) All official capacity claims against the individual defendants are dismissed

27   without leave to amend;

28         (4) All Section 1983 claims are dismissed without leave to amend;

1   (5) The Section 1985 claims against the individual defendants are dismissed

2   with leave to amend;

3   (6) The Eighth Amendment claims against Warden Langford and Associate

4   Warden Doe are dismissed with leave to amend;

5   (7) The complaint against the individual defendants are dismissed without

6   prejudice unless Plaintiff files a Notice with sufficient contact information for the

7   individual defendants so that the individual defendants can be served or provides

8   good cause for his failure to do so within 30 days after entry of this Order; and

9   (8) Plaintiff is granted leave to file a Second Amended Complaint consistent

10   with the Report and Recommendation within 30 days after entry of this Order.

11   If Plaintiff chooses to file a Second Amended Complaint, it must be filed within

12   30 days after entry of this Order, it must bear the docket number assigned to this

13   case, be labeled "Second Amended Complaint," and be complete in and of itself

14   without reference to the original complaint, attachment, pleading or other documents.

15   The Clerk is DIRECTED to provide Plaintiff with a pro se civil rights packet.

16   **Plaintiff is advised that if he fails to file a timely and corrected Second**

17   **Amended Complaint within 30 days after the entry of this order, this action may**

18   **be dismissed.  If Plaintiff fails to file a Notice within 30 days after entry of this**

19   **Order that contains sufficient contact information for the individual defendants**

20   **so that the individual defendants can be served or provides good cause for his**

21   **failure to do so, the complaint against the individual defendants may be**

22   **dismissed without prejudice.**

23

24

25   DATED:  September 30, 2021

26                                                                    DOLLY M. GEE
                                                         United States District Judge

27

28

2