UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELA, JR., <br>     Plaintiff, <br>         v. <br> FEDERAL BUREAU OF PRISONS, <br>     Defendants. | NO. EDCV 19-2506-DMG (AGR) <br><br> ORDER OF DISMISSAL |

      On September 30, 2021, the Court dismissed Plaintiff's First Amended Complaint with leave to file a Second Amended Complaint within 30 days after entry of the order. Specifically, the Court ordered that:

      (1) The BOP's motion to dismiss is granted and all claims against the BOP are dismissed without leave to amend;

      (2) The individual defendants are dismissed without prejudice with respect to the FTCA claims;

      (3) All official capacity claims against the individual defendants are dismissed without leave to amend;

      (4) All Section 1983 claims are dismissed without leave to amend;

(5) The Section 1985 claims against the individual defendants are dismissed with leave to amend;

(6) The Eighth Amendment claims against Warden Langford and Associate Warden Doe are dismissed with leave to amend; and

(7) The complaint against the individual defendants are dismissed without prejudice unless Plaintiff files a Notice with sufficient contact information for the individual defendants so that the individual defendants can be served or provides good cause for his failure to do so within 30 days after entry of this Order.

The Court warned Plaintiff that failure to file a timely Second Amended Complaint and a Notice within 30 days after entry of the Order would result in dismissal of this action. (Dkt. No. 29.)

Plaintiff failed to file a Second Amended Complaint or request an extension of time to do so. Plaintiff failed to file a Notice that contains sufficient contact information for the individual defendants so that the individual defendants can be served or provide good cause for his failure to do so or request an extension of time.

Accordingly, IT IS ORDERED that this action is DISMISSED.

**IT IS SO ORDERED.**

DATED: May 9, 2022

_____
DOLLY M. GEE
United States District Judge