JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELA, JR., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS, et al., <br><br> Defendant. | NO. EDCV 19-2506-DMG (AGR) <br><br> JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that judgment is entered for Defendants and this action is dismissed.

DATED: May 9, 2022

_____
DOLLY M. GEE
United States District Judge